

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:16cr41 |
| | ) | |
| COREY DEMORRIS BISHOP, | ) | |
| | ) | |
| Defendant. | ) | |

### STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1. On March 28, 2016, at approximately 2240 hours, members of the Hampton Roads Peninsula Drug Initiative Task Force were conducting surveillance at the New Kent rest area which is located off of Interstate 64 in New Kent County, Virginia. Upon arrival, members of the investigative team initially observed a GMC Terrain bearing Virginia registration (VMC-1064) which was occupied by an unknown black male driver and an unknown black female passenger. At approximately 2255 hours, members of the investigative team observed a red Hyundai sedan bearing New York registration (GXP-2020) and being operated by an unknown black male, pull into the parking lot and park adjacent to the GMC Terrain. The unknown black male exited the Hyundai sedan and proceeded to walk to the trunk area of the vehicle. The unknown black male who was operating the GMC Terrain immediately exited his vehicle and walked back to the trunk area of the Hyundai sedan. A brief conversation ensued between the two unknown males as the trunk of the Hyundai was being opened. The unknown black male that was operating the Hyundai sedan then reached into the trunk of the vehicle and retrieved a soft sided cooler. The unknown black male then handed the cooler to the operator of the GMC Terrain who subsequently placed the cooler into the rear passenger seat of the terrain. Both unknown black males immediately got back into the perspective vehicles and quickly departed the area.

2. On March 28, 2016, at approximately 2301 hours, Virginia State Police Trooper Hand conducted a traffic stop of the 2016 GMC Terrain bearing Virginia registration (VMC-1064) on Interstate 64 in James City County, Virginia. Trooper Hand made contact with the operator of the vehicle who was identified as **Corey Demorris Bishop.** During the course of the traffic stop, Virginia State Police Trooper Johnson utilized his narcotics K-9 to conduct a non-intrusive free air sniff of the exterior of the vehicle. At approximately 2312 hours, his K-9 alerted positive for the presence and/or odor of narcotics coming from the vehicle.

3. Virginia State Police Trooper Hand subsequently conducted a search of the vehicle. Upon examining the soft sided cooler that was located on the back passenger seat of the vehicle, Trooper Hand discovered approximately three kilograms of suspected cocaine. Trooper Hand also located approximately $20,000.00 in U.S. Currency that was concealed within **Corey Demorris Bishop's** front pockets of his jeans.

4. On March 28, 2016, at approximately 2303 hours, Virginia State Police Trooper Jackson conducted a traffic stop of a 2015 Hyundai sedan bearing New York Registration (GXP-2020) on Interstate 64 in James City County, Virginia. Trooper Jackson made contact with the operator of the vehicle who was identified as **Stacey Gerad Jenkins**. During the course of the traffic stop, Virginia State Police Trooper Johnson utilized his narcotics K-9 to conduct a non-intrusive free air sniff of the exterior of the vehicle. At approximately 2319 hours, his K-9 alerted positive for the presence and/or odor of narcotics coming from the vehicle.

5. Virginia State Police Trooper Jackson conducted a search of the vehicle. Upon examining the trunk of the vehicle, Trooper Jackson located a clear plastic bag that contained approximately 16 grams of cocaine. Trooper Jackson also located approximately $7,000.00 in U.S. Currency in the glove compartment of the vehicle. At approximately 0025 hours, Virginia State Police Special Agent Gallaccio conducted a field test of the white powdery substance which tested positive for the presence of cocaine.

6. Following their arrest both JENKINS and BISHOP were advised of their *Miranda* rights and agreed to speak with agents. JENKINS indicated that he has been involved with BISHOP in

the obtaining of kilograms of cocaine for at least the last year. These quantities were sometimes as much as six kilograms per month. BISHOP stated that he had been involved with JENKINS in the obtaining and distribution of kilograms of cocaine and that these quantities were often as much as six kilograms per month. BISHOP and JENKINS conspired with one another and unknown sources of supply to obtain and sell the cocaine in order to make money which was the primary goal of the conspiracy.

7. These activities took place during the timeframe in the indictment and the quantities of cocaine exceeded five kilograms. Cocaine is a Schedule II narcotic controlled substance. These events took place in the Newport News Division of the Eastern District of Virginia and elsewhere.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
VA Bar # 35765

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, COREY DEMORRIS BISHOP and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
COREY DEMORRIS BISHOP

I am COREY DEMORRIS BISHOP's attorney and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

_____
James Broccoletti
Attorney for COREY DEMORRIS BISHOP

4